FILED

10/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0330

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| JASON TERRONEZ,<br><br>Appellant,<br><br>vs.<br><br>DAVIS, HATLEY, HAFFEMAN &<br>TIGHE, P.C.,<br><br>Appellee. | Supreme Court Cause No. DA 21-0330<br><br><br>ORDER GRANTING APPELLEE'S<br>MOTION FOR EXTENSION OF<br>TIME TO FILE ANSWER BRIEF |

Pursuant to the authority granted under Rule 26(1), M.R.App.P., Appellee State of Montana, Department of Revenue is granted its first thirty-day extension of time through and including **December 13, 2021**, within which to file Appellee's Answer Brief.

ELECTRONICALL SIGNED and DATED as indicated below.

ORDER                                    Page **1** of **1**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 29 2021